No. 94–1416. SMITH v. STRATUS COMPUTER, INC. C. A. 1st Cir. Certiorari denied. 

No. 94–1446. MCMILLION DOZER SERVICE, INC. v. LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT. Ct. App. La., 5th Cir. Certiorari denied. 

No. 94–1460. CULP v. WISMER & BECKER ET AL. Ct. App. Mich. Certiorari denied.

No. 94–1507. AEROLINEAS ARGENTINAS S. A. v. MARO LEATHER CO. App. Term, Sup. Ct. N. Y., 1st and 12th Jud. Dists. Certiorari denied. 

No. 94–1508. LUTZ v. NAVISTAR INTERNATIONAL TRANSPORTATION CORP. C. A. 6th Cir. Certiorari denied. 

No. 94–1513. EZZONE ET AL. v. HANSEN ET AL. Sup. Ct. Iowa. Certiorari denied. 

No. 94–1515. ROCHMAN ET AL. v. PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE ET AL. C. A. 1st Cir. Certiorari denied. 

No. 94–1517. YARI v. PRITZKER. C. A. 1st Cir. Certiorari denied. 

No. 94–1521. SPENCER v. MRS. BAIRD'S BAKERIES, INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–1522. ALLRIDGE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 94–1524. TURNER ET AL. v. GILES. Sup. Ct. Ga. Certiorari denied. 

No. 94–1529. HUDSON v. FIRST FIDELITY BANK, N. A., NEW JERSEY, FKA FIRST NATIONAL STATE BANK. C. A. 3d Cir. Certiorari denied. 

No. 94–1534. KAYLOR ET AL. v. DALL. Sup. Ct. Vt. Certiorari denied.